IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GENE WAGERS, JR.,

    Petitioner,

    -v-

Warden, Lebanon Correctional Institution,

    Respondent.

Case No. 3:13-cv-031

District Judge Walter Herbert Rice
Magistrate Judge Michael R. Merz

## ORDER DISMISSING CASE

The Court having been advised of the Petitioner's death on February 2, 2013, the above-captioned action is DISMISSED AS MOOT. The Magistrate's Report and Recommendations (Doc. No. 3) is likewise stricken as moot.

February 25, 2013.

                                      Walter Herbert Rice
                                      United States District Judge